IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL C. SEDILLOS

        Plaintiff,

v.                                              No. 1:10-cv-01062-LH-RLP

CLIENT SERVICES, INC.,

        Defendant.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Manuel C. Sedillos and Defendant Client Services, Inc. (collectively the "Parties") have reached a settlement agreement. Following the performance of certain settlement terms, the Parties will file dismissal pleadings.

Respectfully submitted,

FEFERMAN & WARREN, Attorneys for Plaintiff

CHARLES PARNALL
300 Central Ave., SW, Suite 2000 West
Albuquerque, New Mexico 87102
(505) 243-7773
(505) 243-6663 (fax)

BUTT THORNTON & BAEHR PC, Attorneys for Defendant

*Approved Via Email on 12/23/2010*
ROD SCHLAGEL, ESQ.
4101 Indian School Rd. N.E., Suite 300S
Albuquerque, New Mexico 87110
(505) 884-0777
(505) 889-8870