IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL C. SEDILLOS

        Plaintiff,

v.                                       No. 1:10-cv-01062-LH-RLP

CLIENT SERVICES, INC.,

        Defendant.

### STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Manuel Sedillos and Defendant Client Services, Inc. ("Client Services"), hereby dismiss this action with respect to Plaintiff's claims against Client Services, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii). Each shall bear their own attorneys' fees and costs.

Respectfully submitted,

FEFERMAN & WARREN, Attorneys for Plaintiff

_____
CHARLES PARNALL
300 Central Ave., SW, Suite 2000 West
Albuquerque, New Mexico 87102
(505) 243-7773
(505) 243-6663 (fax)


BUTT THORNTON & BAEHR PC, Attorneys for Defendant


*Approved via e-mail on 12/23/2010*
ROD SCHLAGEL, ESQ.
4101 Indian School Rd. N.E., Suite 300S
Albuquerque, New Mexico 87110
(505) 884-0777
(505) 889-8870